**H. Ernesto Castillo** Bar No. 220900
1 Kaiser Plaza, Suite 2300
Oakland, California 94612
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorneys for *Francisco Torres Felix*

FILED

FEB 15 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>vs.<br><br>Francisco Torres Felix<br><br>    *Defendant*. | **Case No. 5:07-70080-PVT**<br><br>SUBSTITUTION OF COUNSEL |

SUBSTITUTION OF COUNSEL

Francisco Torres Felix, a defendant in the above-captioned case, desires to substitute H. Ernesto Castillo, Attorney at Law, 1 Kaiser Plaza, Suite 2300, Oakland, California, 94612, (510) 836-0100, as his attorney of record in place of Federal Defender Lara Vinnard, 160 W. Santa Clara St. Suite 525, San Jose, California, 95113, (408) 291-7753 and respectfully request that this court allow the substitution to take place.

1  The undersigned requests the above substitution.

2

3  *Francisco Torres*　　　　　　　2/15/07

4  Francisco Torres Felix　　　　　　Date
   Defendant

5

6  The Undersigned accepts to the above substitution.

7

8  *[signature]*　　　　　　　　　2/15/07

9  H. Ernesto Castillo　　　　　　　Date
   Attorney

10

11  The undersigned consents to the above substitution.

12

13  *Lara Vinnard*　　　　　　　　2/15/07

14  Lara Vinnard　　　　　　　　　Date
    Attorney

15

16

17

18

19  **It is so ordered:**

20

21  *Patricia V. Trumbull*　　　　　2/15/07

22  Patricia V. Trumbull　　　　　　Date
    United States Magistrate Judge

23

24

25

26

27

28