SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

CARLOS SINGH (PASBN 50581)
Assistant United States Attorney

Attorney for Plaintiff
United States of America

150 Almaden Blvd., Suite 900
San Jose, California  95113
Telephone: (408) 535-5065
Fax: (408) 535-5066

*E-FILED - 10/11/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ALONSO RODRIGUEZ CASTELLANOS )<br>FRANCISCO TORRES,  )<br>  )<br>        Defendants.  )<br>_____) | No. CR 07-00106-RMW<br><br>STIPULATION AND ORDER CONTINUING OCTOBER 9, 2007 STATUS HEARING TO OCTOBER 29, 2007 |

     The parties, through their counsel, hereby stipulate to a continuance of the October 9, 2007 status hearing to October 29, 2007 at 9:00am for the following reasons.  Government counsel is in the process of seeking to obtain Giglio/Brady information and disclose it to defense counsel.  The Department of Homeland Security, one of the investigating agencies in this case, needs the additional time to complete its review of files in order to comply with the request to disclose Giglio/Brady information.

///

///

///

Stipulation and Order
CR-07-00106-RMW                                                                                                                             1

The parties stipulate that the time between October 9 and October 29, 2007, is excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B) (need to disclose and review discovery, effective preparation and interest of justice).

_____/s/_____
Bruce Funk, Esq.
Counsel for Alonso Rodriguez

Oct. 4, 2007

_____/s/_____
Carlos Singh
Assistant United States Attorney

Oct.4, 2007

_____/s/_____
Ernie Castillo, Esq.
Counsel for Francisco Torres

Oct. 5, 2007

**SO ORDERED.**

Oct 11, 2007

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

Stipulation and Order
CR-07-00106-RMW                                                                                                  2