```
1  JACK GORDON; SBN 169380
   95 S. Market St., Ste 300
2  San Jose, CA 95113
   Tel. (408)286-1351
3  Fax. (408) 977-7783

4  Attorney for Defendant,                    *E-FILED - 10/15/09*
   Francisco Torres-Felix
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN, | No. CR-07-00106-RMW |
| Plaintiff, | FIRST AMENDED STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| vs. | |
| FRANCISCO TORRES-FELIX, | |
| Defendant. | |
| _____/ | |

The above listed parties stipulate as follows:

1. Defendant Francisco Torres-Felix requested and was granted an order to continue his sentencing date from 9/28/09 at 9:00 a.m. to 10/13/09 at 9:00. After filing said request defense counsel learned that all members of the government team would not be able to make this date. Defense counsel left a telephone message with the courtroom clerk advising her of same, and that an updated request would be filed.

2. The previous request for a continuance had been a defense request based on a need for time to file a sentencing memo and

1

meet with Mr. Torres-Felix with an interpreter.

2. Both counsel request that the Court set 10/26/09 at 9:00 a.m. as the sentencing date and time.

Therefore the parties respectfully request that the Court continue defendant's sentencing from October 13, 2009 to October 26, 2009 at 9:00 a.m.

IT IS SO STIPULATED

Dated: 10/6/09

/s/
_____
Jack Gordon
Attorney for Defendant

Dated: 10/6/09

/s/
_____
Grant Fondo
Assistant U.S. Attorney

[] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Francisco Torres-Felix sentencing is continued from October 13, 2009 to October 26, 2009 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 10/15/09

*Ronald M. Whyte*
_____
The Honorable Ronald Whyte
District Court Judge