```
1  JACK GORDON; SBN 169380
   95 S. Market St., Ste 300
2  San Jose, CA 95113
   Tel. (408)286-1351
3  Fax. (408) 977-7783

4  Attorney for Defendant,                    *E-FILED - 10/15/09*
   Francisco Torres-Felix
5
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICAN, | No. CR-07-00106-RMW |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |
| FRANCISCO TORRES-FELIX, | |
| Defendant. | |

The above listed parties stipulate as follows:

1. Defendant Francisco Torres-Felix is currently scheduled to be sentenced by the Honorable Ronald M. Whyte on 9/28/09 at 9:00 a.m. Due to a lengthy preliminary hearing, two trials and difficulty lining up an interpreter defense counsel has been unable to meet with Mr. Torres-Felix to go over his pre-sentence report.

2. Defense counsel wishes a continuance and AUSA Fonda does not object. The date of 10/13/09 works best for both counsel.

//

Therefore the parties respectfully request that the Court continue defendant's sentencing from September 28, 2009 to October 13, 2009 at 9:00 a.m.

IT IS SO STIPULATED

                                                /s/

Dated: 9/24/09                                      _____
                                                  Jack Gordon
                                                  Attorney for Defendant

                                                /s/

Dated: 9/24/09                                        _____
                                                  Grant Fondo
                                                  Assistant U.S. Attorney

                                  [] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that defendant Francisco Torres-Felix sentencing is continued from September 28, 2009 to October 13, 2009 at 9:00 a.m.

IT IS SO ORDERED.

DATED:_10/15/09

                                                _____
                                                The Honorable Ronald Whyte
                                                District Court Judge