*E-FILED - 3/16/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANCISCO TORRES FELIX,<br><br>　　　　　Defendant. | NO. CR-07-00106-RMW<br>NO. C-12-00999-RMW<br><br>ORDER RE MOTION TO REDUCE SENTENCE |

　　Defendant seeks to reduce his sentence because the court, he claims, failed to apply 18 U.S.C., Section 3553(a)(6) when it imposed his sentence. The motion is denied.

DATED: 3/16/12

　　　　　　　　　　　　　　　　　　_Ronald M Whyte_____
　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER RE MOTION TO REDUCE SENTENCE
No. CR-07-00106-RMW
No. C-12-00999-RMW
rmw:jc

1  COPY OF ORDER MAILED ON MARCH 16, 2012 TO:

2  Francisco Torres Felix
   Reg. No. & Qtrs. 10634-111
3  Federal Mecial Center
   PMB 4000
4  Rochester, MN 55903-4000

5       Pro Se Petitioner

6  Hartley M. K. West
   Assistant United States Attorney
7  450 Golden Gate Avenue
   San Francisco, CA 94102
8
        Attorney for United States of America
9

10                                          BY: /s/ JG
                                            Courtroom Deputy