*E-FILED - 7/1/15*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO TORRES-FELIX,<br><br>　　　　　Defendant. | Case No.  CR-07-00106-RMW<br><br>ORDER REQUIRING RESPONSE |

　　　Defendant Francisco Torres-Felix has moved to reduce his sentence based, in part, upon the modification of the Sentencing Guidelines.  The court hereby requests that the Probation Department prepare a Sentence Reduction Report on the request.  Notice of this request is being sent to the United States Attorney's Office for any input they wish to offer.  Any response to this request must be filed by August 3, 2015.

DATED: July 1, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copy of Order Mailed on 7/1/15 to:

Francisco Torres Felix
Reg. No. 10634-111
Federal Medical Center
P.O. Box 4000
Rochester, NM 55903-4000

San Jose U.S. Probation Office
Joshua Sparks - Supervisory Probation Officer

Thomas Colthurst *E-Filed*
AUSA